Entered on Docket
October 15, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 14, 2009

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____



1  STEVEN W. PITE (CA SBN 157537)
   DAVID E. McALLISTER (CA SBN 185831)
2  KATHERINE L. JOHNSON (CA SBN 259854)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177
   Telephone: (858)750-7600
5  Facsimile: (619) 590-1385

Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-AR3

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GODOFREDO APRUEBO AND MARIA APRUEBO,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-31376<br><br>Chapter 7<br><br>R.S. No. KLJ-272<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: September 21, 2009<br>TIME: 1:00 PM<br>CTRM: 23<br><br>Northern District of California - San Francisco Division<br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on September 21, 2009, at 1:00 PM, in Courtroom 23, upon the Motion of HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2005-AR3 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Godofredo Apruebo and Maria Apruebo ("Debtors") commonly known as 6439

/././

- 1 -

Swift Fox Court, Las Vegas, Nevada 89122 (the "Real Property"), which is legally described as follows:

>SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 26.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

\*\* END OF ORDER \*\*

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Godofredo Apruebo
380 Lake Merced Boulevard Apt. 5
Daly City, CA 94015

Maria Apruebo
380 Lake Merced Boulevard Apt. 5
Daly City, CA 94015

Alexis D. Malone
Law Offices of Alexis D. Malone
333 Gellert Blvd., #209
Daly City, CA 94015

E. Lynn Schoenmann
800 Powell Street
San Francisco, CA 94108

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

GMAC
P.O. Box 4622
Waterloo, IA 50704-4622